SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
THOMAS D. HICKS #238545
155 Redwood Drive, Suite 100
San Rafael, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
U.036-941S

Attorneys for Secured Creditor
1ST UNITED SERVICES CREDIT UNION

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 09-45558-EDJ |
|---|---|
| USMAN ALI SADIQ and SARITUN NISHA SADIQ aka NISHA SADIQ, | Chapter 13 |
| Debtors. | REQUEST FOR SPECIAL NOTICE |

     Attorneys for 1ST UNITED SERVICES CREDIT UNION request that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

     1ST UNITED SERVICES CREDIT UNION
     c/o SCHEER LAW GROUP, LLP
     155 N. Redwood Drive, Suite 100
     San Rafael, California 94903

     SCHEER LAW GROUP, LLP

DATED: July 2, 2009     /s/ REILLY D. WILKINSON
     #250086