```
1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-45558 EDJ** |
| **USMAN ALI SADIQ and** | |
| **SARITUN NISHA SADIQ**, | **Chapter 13** |
| | **OBJECTION TO CLAIM #11 OF BANK OF THE WEST** |
| Debtors. | **AND OPPORTUNITY FOR HEARING** |
| _____/ | |

The undersigned objects to allowance of Claim No. 11 filed by Bank of the West

( ) For any amount

( ) Except as an unsecured claim for $_____.

( ) Except as a secured arrearage claim for $_____.

(X) Except as an unsecured, non-priority claim for $19,575.00.

for the following reason:

Debt was not secured by any asset and creditor has failed to provide proof of security.

**PLEASE TAKE NOTICE:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

Page 1 of 2

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this Notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: May 24, 2010     /s/ Corrine Bielejeski
                        CORRINE BIELEJESKI
                        Attorney for Debtors