PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed October 1, 2012

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-45558 MEH

**USMAN ALI SADIQ and
SARITUN NISHA SADIQ,**                    Chapter 13

**Debtors.**                              ORDER MODIFYING CHAPTER 13
_____/        PLAN _____

    The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on August 24, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors' real property located at 2772 Cook Place, Hayward, CA 94545 revests in the Chapter 13 Trustee effective upon entry of this Order. Pursuant to this proposed modification, the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

                            **END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer or Managing Agent
Real Time Resolutions, Inc.
1750 Regal Row
Dallas, TX 75235

Attn: Officer or Managing Agent
Real Time Resolutions, Inc.
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Attn: Officer
Bank of America, National Association
100 North Tryon St
Charlotte, North Carolina 28202

Attn: Officer
Bank of America, National Association
150 N College St., NC1-028-17-06
Charlotte, NC 28255

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017