```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-45558 MEH** |
| **USMAN ALI SADIQ and SARITUN NISHA SADIQ,** | **Chapter 13** |
| | **OBJECTION TO CLAIM #10-1 OF REAL TIME RESOLUTIONS, INC.** |
| **Debtors.** | |
| _____/ | |

The undersigned objects to allowance of Claim No. 10-1 filed by Real Time Resolutions, Inc.

    (X)  For any amount from November 2012 and on.

    ( )  Except as an unsecured claim for $_____.

    ( )  Except as a secured arrearage claim for $_____.

    ( )  Except as an unsecured non-priority claim for $_____.

for the following reason:

The real property located at 2726 Marie Drive, Madera, CA 93637 was foreclosed on pre-petition.

```
Dated: November 28, 2012          /s/ Anne Y. Shiau
                                  ANNE Y. SHIAU
                                  Attorney for Debtors
```