# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

IN RE:  Case No.: 09-45558

Debtors: Usman Ali Sadiq and Saritun Nisha Sadiq  Loan Number (Last 4): 9692

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP |
|---|---|
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 16 |
| Lewisville, TX 75067 | Amount of Claim: $690,829.57 |
|  | Date Claim Filed: 09/09/2009 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 4949 |
| Last Four Digits of Acct #: 9692 |  |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone: 877-782-7612

Last Four Digits of Acct #: 9692

Transfer Effective: July 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bill Taylor  Date: 08/09/2013
    Authorized Filing Agent
    (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

439472-7927ca5e-d952-4058-a96e-1829bb982c86

Case: 09-45558   Doc# 72   Filed: 08/09/13   Entered: 08/09/13 01:27:33   Page 1 of 1